UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                        CASE NO:10-41142 -LMK

THE PARTY LINE TENT & PARTY, LLC           CHAPTER 11

        Debtor.
_____/

## MOTION TO SET OFFICER SALARY

COMES NOW the Debtor, by and through its undersigned attorney, and moves the court for its Order setting the salary for Bradley Richardson, Managing Member of the Debtor, and in support thereof, would show:

1. That the instant proceedings were filed on December 9, 2010.

2. Prior to that time, Bradley Richardson had drawn a yearly salary of approximately $75,000.00 based. See Exhibit A, attached hereto. There are no employment agreements.

3. That Debtor is a party and function rental business in Tallahassee and the surrounding areas and has been in business since 2003.

4. That it is incumbent that a salary of $75,000.00 per year or $6,250.00 per month be set and authorized for Bradley Richardson, effective December 9th, 2010. There will be monthly deductions for payroll taxes.

5. That Bradley Richardson receives the additional employment benefit of a cell phone, of which Debtor is requesting that said benefits continue.

6. That Bradley Richardson has run the business's finances since its inception and his employment is necessary for the business operations.

7. That no party in interest would be prejudiced by the courts entry of an order, as requested.

WHEREFORE it is respectively requested that the court entertain this motion and enter its order setting the annual salary at $75,000.00 per year, effective December 9, 2010 .

Dated: December 9, 2010.

/S/ Thomas B. Woodward
Attorney for Debtor
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
(850) 222-4818
(850)561-3456 (fax)
woodylaw@embarqmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon: Office of the U.S. Trustee at 110 East Park Ave #128, Tallahassee, FL 32301-7728, by electronic filing, and those parties on the attached matrix by U.S. Mail, postage pre-paid, this 9th day of December, 2010.

/s/Thomas B. Woodward

# The Party Line & Fun Machines
## General Ledger
### As of November 30, 2010

| Type | Date | Num | Name | Amount | Balance |
|---|---|---|---|---:|---:|
| **6560 · Payroll Expenses** | | | | | 0.00 |
| Check | 01/01/2010 | 4260 | Bradley Richardson | 1,500.00 | 1,500.00 |
| Check | 01/01/2010 | 4283 | Bradley Richardson | 1,500.00 | 3,000.00 |
| Check | 02/01/2010 | 4295 | Bradley Richardson | 1,600.00 | 4,600.00 |
| Check | 02/01/2010 | 4309 | Bradley Richardson | 1,850.00 | 6,450.00 |
| Check | 02/01/2010 | 4315 | Bradley Richardson | 1,550.00 | 8,000.00 |
| Check | 03/31/2010 | 4320 | Bradley Richardson | 750.00 | 8,750.00 |
| Check | 03/31/2010 | 4364 | Bradley Richardson | 1,650.00 | 10,400.00 |
| Check | 03/31/2010 | 4374 | Bradley Richardson | 2,500.00 | 12,900.00 |
| Check | 03/31/2010 | 4382 | Bradley Richardson | 1,300.00 | 14,200.00 |
| Check | 03/31/2010 | 4405 | Bradley Richardson | 1,000.00 | 15,200.00 |
| Check | 04/30/2010 | 4423 | Bradley Richardson | 2,000.00 | 17,200.00 |
| Check | 04/30/2010 | 4438 | Bradley Richardson | 1,000.00 | 18,200.00 |
| Check | 04/30/2010 | 4455 | Bradley Richardson | 2,500.00 | 20,700.00 |
| Check | 04/30/2010 | 4487 | Bradley Richardson | 725.00 | 21,425.00 |
| Check | 05/31/2010 | 4500 | Bradley Richardson | 1,800.00 | 23,225.00 |
| Check | 05/31/2010 | 4510 | Bradley Richardson | 1,788.00 | 25,013.00 |
| Check | 05/31/2010 | 4512 | Bradley Richardson | 500.00 | 25,513.00 |
| Check | 05/31/2010 | 4526 | Bradley Richardson | 900.00 | 26,413.00 |
| Check | 05/31/2010 | 4529 | Bradley Richardson | 1,000.00 | 27,413.00 |
| Check | 05/31/2010 | 4533 | Bradley Richardson | 500.00 | 27,913.00 |
| Check | 05/31/2010 | 4536 | Bradley Richardson | 1,272.52 | 29,185.52 |
| Check | 06/11/2010 | 4574 | Bradley Richardson | 1,460.00 | 30,645.52 |
| Check | 06/30/2010 | 4342 | Bradley Richardson | 1,765.00 | 32,410.52 |
| Check | 06/30/2010 | 4553 | Bradley Richardson | 2,000.00 | 34,410.52 |
| Check | 06/30/2010 | 4554 | Bradley Richardson | 1,000.00 | 35,410.52 |
| Check | 06/30/2010 | 4576 | Bradley Richardson | 500.00 | 35,910.52 |
| Check | 06/30/2010 | 4578 | Bradley Richardson | 1,000.00 | 36,910.52 |
| Check | 06/30/2010 | 4582 | Bradley Richardson | 1,250.00 | 38,160.52 |
| Check | 06/30/2010 | 4598 | Bradley Richardson | 2,100.00 | 40,260.52 |
| Check | 07/31/2010 | 4446 | Bradley Richardson | 350.00 | 40,610.52 |
| Check | 07/31/2010 | 4605 | Bradley Richardson | 1,000.00 | 41,610.52 |
| Check | 07/31/2010 | 4608 | Bradley Richardson | 2,225.00 | 43,835.52 |
| Check | 07/31/2010 | 4611 | Bradley Richardson | 2,600.00 | 46,435.52 |
| Check | 07/31/2010 | 4628 | Bradley Richardson | 1,500.00 | 47,935.52 |
| Check | 07/31/2010 | 4642 | Bradley Richardson | 858.40 | 48,793.92 |
| Check | 08/31/2010 | 4646 | Bradley Richardson | 800.00 | 49,593.92 |
| Check | 08/31/2010 | 4650 | Bradley Richardson | 850.00 | 50,443.92 |
| Check | 08/31/2010 | 4651 | Bradley Richardson | 1,600.00 | 52,043.92 |
| Check | 08/31/2010 | 4666 | Bradley Richardson | 1,000.00 | 53,043.92 |
| Check | 08/31/2010 | 4673 | Bradley Richardson | 1,200.00 | 54,243.92 |
| Check | 08/31/2010 | 4684 | Bradley Richardson | 966.25 | 55,210.17 |
| Check | 08/31/2010 | 4688 | Bradley Richardson | 850.00 | 56,060.17 |
| Check | 09/08/2010 | 4708 | Bradley Richardson | 1,550.00 | 57,610.17 |
| Check | 09/30/2010 | 5002 | Bradley Richardson | 1,000.00 | 58,610.17 |
| Check | 10/07/2010 | 5019 | Bradley Richardson | 1,700.00 | 60,310.17 |
| Check | 10/20/2010 | 5029 | Bradley Richardson | 1,500.00 | 61,810.17 |
| Check | 10/31/2010 | 5052 | Bradley Richardson | 1,000.00 | 62,810.17 |
| Check | 11/02/2010 | 5074 | Bradley Richardson | 500.00 | 63,310.17 |
| Check | 11/04/2010 | 5078 | Bradley Richardson | 2,000.00 | 65,310.17 |
| Check | 11/17/2010 | 5105 | Bradley Richardson | 1,500.00 | 66,810.17 |
| **Total 6560 · Payroll Expenses** | | | | **66,810.17** | |

EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 10-41142<br>Northern District of Florida<br>Tallahassee<br>Thu Dec  9 15:06:55 EST 2010 | The Party Line Tent & Party, LLC<br>2498 Centerville Road<br>Tallahassee, FL 32308-4418 | Andrew Tent Co.<br>PO Box 4400<br>Albany, GA 31706-4400 |
| Commercial Bank<br>P O Box 710<br>Thomasville, GA 31799-0710 | Don Yaeger<br>413 N. Meridian Street<br>Tallahassee, FL 32301-1253 | Doris Maloy<br>Leon County Tax Collector<br>PO Box 1835<br>Tallahassee, FL 32302-1835 |
| Florida Department of Revenue<br>Bankruptcy Dept<br>P O Box 6668<br>Tallahassee, FL 32314-6668 | Great Southern Yellow Pages<br>902 Melody Lane<br>Valdosta, GA 31601-4310 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Key Equipment Finance, Inc.<br>11030 Circle Point Road, 2nd Floor<br>Broomfield, CO 80020-2755 | Labor Finders<br>PO Box 37125<br>Tallahassee, FL 32315-7125 | Lanigan & Associates<br>2630 Centennial Place<br>Tallahassee, FL 32308-0572 |
| Stephen and Judy Sweeney<br>c/o Hayward & Grant, P.A.<br>2121-G Killarney Way<br>Tallahassee, FL 32309-3400 | TCF Equipment Finance<br>11100 Wayzata Blvd., Suite 801<br>Hopkins, MN 55305-5517 | Transworld Systems, Inc.<br>PO Box 15630<br>Dept 23<br>Wilmington, DE 19850-5630 |
| United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | Vengroff, Williams & Associates, Inc.<br>PO Box 4155<br>Sarasota, FL 34230-4155 | Thomas B. Woodward<br>Thomas B. Woodward, Atty.<br>P.O. Box 10058<br>Tallahassee, FL 32302-2058 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>P O Box 21126<br>Philadelphia, PA 19114 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     0<br>Total                  17 |