**United States Bankruptcy Court**
**Northern District of Florida**
**Tallahassee Division**

In re: The Party Line Tent & Party, LLC  Bankruptcy Case No.: 10-41142
Tax ID: 74-3108528  Chapter: 11

Debtor(s)  Judge: Lewis M. Killian Jr.

**Order and Notice of Status Conference**

The above named debtor(s) filed a petition for relief under Chapter 11 of the Bankruptcy Code on December 9, 2010. The Court has reviewed the case file and has determined that to ensure that the case is handled expeditiously and economically, the case should be scheduled for a status conference. Therefore,

A status conference pursuant to 11 U.S.C. Section 105(d)(1) will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL on January 13, 2011 at 01:30 PM. Counsel for the debtor(s)-in-possession and the U.S. Trustee shall participate in the status conference and any objection to the procedures outlined in this order will be addressed at that time.

At the status conference, counsel for the debtor(s) shall be prepared to
  (1) describe the nature of the debtors' business,
  (2) describe the reasons for filing the petition,
  (3) describe the debtors' strategy for reorganization,
  (4) give an estimate of attorney's fees and other professional fees,
  (5) identify anticipated significant events in the case, and
  (6) discuss the need for future status conferences.

  **DONE AND ORDERED** at Tallahassee, Florida, this the 14th day of December, 2010.

Service to:  Lewis M. Killian Jr.
  All creditors and parties in interest  U.S. Bankruptcy Judge