**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                    CASE NO.: 10-41142 -LMK

THE PARTY LINE TENT & PARTY, LLC        Chapter 11
    Debtor.
_____/

## MOTION TO DETERMINE STATUS OF CLAIM PURSUANT TO 11 U.S.C. 506(a)

THE MOTION of The Party Line Tent & Party, LLC by and through its undersigned attorney, seeking a determination of the status of Don Yaeger's (hereinafter the "second lien holder") claim under Section 506 of the Bankruptcy Code and Bankruptcy Rule 3012, respectfully states:

1. This Motion is made pursuant to Section 506 of the Bankruptcy Code and Bankruptcy Rule 3012 for determination of the claim of the "second lien holder," whose claim as of the date of filing of Debtor's Petition amounts to approximately $312,581.10. Said claim being secured by a second mortgage on real property located at 2498 Centerville Road, Tallahassee, FL 32308, more fully described in Exhibit A attached hereto.

2. That Debtor granted to the" second lien holder" a second mortgage lien on said collateral.

3. The value of said real property collateral is $450,000.00. See Exhibit B attached hereto.

4. Accordingly, the "second lien holder" has a claim, after deduction of the first mortgage debt of $375,233.82, which is secured in the amount of $74,766.18 and an unsecured claim for the deficiency in the amount of $237,814.82.

WHEREFORE, the Debtor moves that this Court determine, under Section 506 of the Bankruptcy Code and Bankruptcy Rule 3012, that Don Yaeger has a secured claim in the amount of $74,766.18 and an unsecured claim in the amount of $237,814.82 and for such other relief as is just.

Submitted this 14th day of December, 2010.

/S/ Thomas B. Woodward
Attorney for the Debtor
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
850-222-4818
850-561-3456 [fax]
woodylaw@embarqmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the Office of the U.S. Trustee, and Don Yaeger, at 413 N. Meridian Street, Tallahassee, Florida 32301, by either electronic filing or U.S. Mail, postage pre-paid this 14th day of December, 2010.

/S/ Thomas B. Woodward