## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:                                    **CASE NO.: 10-41142 -LMK**

**THE PARTY LINE TENT & PARTY, LLC**     **Chapter 11**
    **Debtor.**
_____/

## MOTION TO DETERMINE STATUS OF CLAIM PURSUANT TO 11 U.S.C. 506(a)

THE MOTION of The Party Line Tent & Party, LLC by and through its undersigned

attorney, seeking a determination of the status of Commercial Bank's (hereinafter the "first

secured lien holders") claim under Section 506 of the Bankruptcy Code and Bankruptcy Rule

3012, respectfully states:

    1.    This Motion is made pursuant to Section 506 of the Bankruptcy Code and

Bankruptcy Rule 3012 for determination of the claim of the "first secured lien holder," whose

claim as of the date of filing of Debtor's Petition amounts to approximately $189,721.12. Said

claim being secured by a UCC-1 Security Agreement. See Exhibit A, attached hereto.

    2.    That Debtor granted to the "first secured lien holders" a UCC-1 lien on said

collateral.

    3.    The value of said personal property collateral is $150,440.00. See Exhibit B

attached hereto and item 2 and 16 of Debtor's Schedule B, as filed in these proceedings.

    4.    Accordingly, the "first secured lien holder" has a claim, which is secured in the

amount of $150,440.00 and an unsecured claim for the deficiency in the amount of $39,280.12.

WHEREFORE, the Debtor moves that this Court determine, under Section 506 of the

Bankruptcy Code and Bankruptcy Rule 3012, that Commercial Bank has a secured claim in the

amount of $150,440.00 and an unsecured claim in the amount of $39,280.12 and for such other relief as is just.

Submitted this 14th day of December, 2010.

/S/ Thomas B. Woodward
Attorney for the Debtor
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
850-222-4818
850-561-3456 [fax]
woodylaw@embarqmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the Office of the U.S. Trustee, and Commercial Bank at P.O. Box 710, Thomasville, GA 31799, by either electronic filing or U.S. Mail, postage pre-paid this 14th day of December, 2010.

/S/ Thomas B. Woodward

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone:(800) 331-3282  Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO:** (Name and Address)      8067 POPULAR LEASING

UCC Direct Services                    10576116
P.O. Box 29071
Glendale, CA 91209-9071                FLFL

FLORIDA SECURED TRANSACTION REGISTRY

**FILED**
2007 Mar 09 AM 12:00
****** 200705009120 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| The Party Line Tent and Party, LLC | | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2498 Centerville Rd. | Tallahassee | FL | 32308 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORPORATION | 1f. JURISDICTION OF ORGANIZATION FL | 1g. ORGANIZATIONAL ID #, if any [X] NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any [ ] NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Popular Leasing U.S.A., Inc. | | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 15933 Clayton Road Suite 200 | Ballwin | MO | 63011 | |

**4. This FINANCING STATEMENT covers the following collateral:**

59256.01   One (1) New Future 40x40 2pc Ends Blackout  Three (3) New Future 40x15 Mid Top Blackout  One (1) New Fut Trac 40x40 End FRMW/ KEI Leg & Std Base  Three (3) New Fut Trac 40x15 Mid Frmw/Ked Leg & Std Base  One (1) New Fut Trac Slider Kit 40x40 Ends  Three (3) New 15' Mid Perimeter Slider Kit  Twenty Eight (28) New 40" Dbl Nail Head Stakes  Eight (8) New SDWL Sliding KED 8x20 (2) Windows  Six (6) New SDWL Sliding KED 8x15 (2) Windows  Four (4) New Tent Jack Steel-Heavy Duty  Two (2) New STD FRM 20x40 Blackout Top  Four (4) New 19'x3.5" OD 2Pc Center Pole  Four (4) New Centerpole Connector for 3 1/2" Alum. Pipe

## EXHIBIT A

| 5. ALTERNATIVE DESIGNATION [if applicable] | [ ] Documentary stamp tax paid [X] | [ ] Documentary stamp tax not applicable | [X] LESSEE/LESSOR | [ ] CONSIGNEE/CONSIGNOR | [ ] BAILEE/BAILOR | [ ] SELLER/BUYER | [ ] AG. LIEN | [ ] NON-UCC FILING |
|---|---|---|---|---|---|---|---|---|

| 6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | [ ] All Debtors | [ ] Debtor 1 | [ ] Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
10576116                    5100                    59256.01

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
# FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**

Dale Wright/226‑3535

**B. SEND ACKNOWLEDGEMENT TO:**

Name   **Commercial Bank**

Address   **PO Box 710**

Address   **Thomasville, GA   31799**

City/State/Zip

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

2005 Mar 08 AM 12:00

****** 200509132799 ******

THE ABOV

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do l**

1a. ORGANIZATION'S NAME   **The Party Line Tent and Party, LLC**

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 1c. MAILING ADDRESS  **2498 Centerville Road** | CITY  **Tallahassee** | STATE **FL** POSTAL CODE **32308** | COUNTRY **USA** |

| 1d. TAX ID#  **74-3108528** | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **LLC** | 1f. JURISDICTION OF ORGANIZATION **FL** | 1g. ORGANIZATIONAL ID#  ☒ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#  ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)– INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

3a. ORGANIZATION'S NAME   **Commercial Bank**

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 3c. MAILING ADDRESS  **PO Box 710** | CITY  **Thomasville** | STATE **GA** POSTAL CODE **31799** | COUNTRY **USA** |

**4. This FINANCING STATEMENT** covers the following collateral:

See Attached Exhibits"A", "B", & "C"

| 5. ALTERNATE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR |
|---|---|---|---|
| | AG. LIEN | NON-UCC FILING | SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1  (REV.12/2001)          Filing Office Copy          Approved by the Secretary of State, State of Florida

# EXHIBIT "A"

### (DESCRIPTION OF COLLATERAL)

As used herein "Secured Party" shall mean **Commercial Bank**

As used herein "Debtor" shall mean **The Party Line Tent and Party, LLC**

1.      **INVENTORY**. All of Debtor's inventory which Debtor holds for ultimate sale, or which has been or will be supplied under contracts of service, or which are raw materials, work in process, or materials used or consumed in Debtor's business.

2.      **FURNITURE, FIXTURES, and EQUIPMENT**. All of Debtor's furniture, fixtures, and equipment including, but not limited to, all tents and accessories, tables, chairs, wedding accessories, and other items of personal property described on the attached Exhibit B and all office and record keeping equipment and software, and all parts and tools.

3.      **ACCOUNTS, INSTRUMENTS, DOCUMENTS, CHATTEL PAPER AND OTHER RIGHTS TO PAYMENT**. All existing and future rights of Debtor to the payment of money including, but not limited to, (a) payment for goods and other property sold or leased or for services rendered, whether or not Debtor has earned such payment by performance; and (b) rights to payment arising out of all present and future debt instruments, chattel paper and loans and obligations receivable. The above include any rights and interests (including all liens and security interests) which Debtor may have by law or agreement against any account debtor or obligor of Debtor.

4.      **GENERAL INTANGIBLES**. All of Debtor's general intangibles including , but not limited to, tax refunds, applications for patents, patents, copyrights, trademarks, trade secrets, good will, trade names, customer lists, permits, and franchises.

5.      **AFTER-ACQUIRED PROPERTY**. All of Debtor's property of the same character as described above which may be acquired at any time hereafter until termination of the Secured Party's security interest in such property.

All of said Collateral is located on the real property in Leon County described on the attached Exhibit "C" which has a street address of 2498 Centerville Road, Tallahassee, Florida.

EXHIBIT "B"

## The Party Line

| Department | Category | Description | Quantity |
|---|---|---|---|
| Tables & Chairs | Tables | 8' Banquet | 29 |
| Tables & Chairs | Tables | 6' Banquet | 1 |
| Tables & Chairs | Tables | 8' Banquet | 30 |
| Tables & Chairs | Tables | 6' Banquet | 8 |
| Tables & Chairs | Tables | 8' Banquet | 38 |
| Tables & Chairs | Tables | 8' Banquet | 19 |
| Tables & Chairs | Tables | 8' Banquet | 42 |
| Tables & Chairs | Tables | 8' Banquet | 28 |
| Tables & Chairs | Tables | 60" Round | 10 |
| Tables & Chairs | Tables | 48" Round | 15 |
| Tables & Chairs | Tables | 60" Round | 24 |
| Tables & Chairs | Tables | 60" Round | 48 |
| Tables & Chairs | Tables | 60" Round | 18 |
| Tables & Chairs | Tables | 66" Round | 6 |
| Tables & Chairs | Tables | 66" Round | 5 |
| Tables & Chairs | Tables | 72" Round | 1 |
| Tables & Chairs | Tables | Serpentine | 10 |
| Tables & Chairs | Tables | Serpentine | 3 |
| Tables & Chairs | Tables | Serpentine | 1 |
| Tables & Chairs | Tables | 48" Round | 15 |
| Tables & Chairs | Tables | 48" Round | 13 |
| Tables & Chairs | Tables | 48" Round | 7 |
| Tables & Chairs | Tables | 36" Round | 9 |
| Tables & Chairs | Tables | 36" Round | 28 |
| Tables & Chairs | Tables | 36" Round | 5 |
| Tables & Chairs | Tables | Heart | 2 |
| Tables & Chairs | Tables | 1/2 Round | 1 |
| Tables & Chairs | Tables | 36" Round (Bar) | 2 |
| Tables & Chairs | Tables | 32" Square | 4 |
| Tables & Chairs | Tables | 36" Square | 1 |
| Tables & Chairs | Tables | 6' x 18" Meeting | 7 |
| Tables & Chairs | Tables | 6' x 18" Meeting | 18 |
| Tables & Chairs | Tables | 6' Children's | 4 |
| Tables & Chairs | Tables | 7' Bar Table | 2 |
| Tables & Chairs | Tables | 6' Bar Table | 1 |
| Tables & Chairs | Chairs | White Wooden | 197 |
| Tables & Chairs | Chairs | White Wooden | 157 |
| Tables & Chairs | Chairs | White Wooden | 30 |
| Tables & Chairs | Chairs | White Metal (Sam's) | 887 |
| Tables & Chairs | Chairs | Gray Metal | 89 |
| Tables & Chairs | Chairs | Brown Metal | 58 |
| Tables & Chairs | Chairs | Cream Metal | 76 |
| Tables & Chairs | Chairs | Dark Brown Metal | 45 |
| Tables & Chairs | Chairs | Gray Metal | 71 |
| Tables & Chairs | Chairs | Black Metal | 114 |
| Tables & Chairs | Chairs | Beige Metal | 150 |
| Tables & Chairs | Chairs | White Poly | 137 |
| Tables & Chairs | Chairs | White Plastic | 126 |
| Tables & Chairs | Chairs | Various Metal | 43 |
| Tables & Chairs | Linens | 8' Round | 36 |
| Tables & Chairs | Linens | 8' Round | 7 |
| Tables & Chairs | Linens | 52" Rectangle | 113 |

EXHIBIT BEE

# The Party Line

| Description | Category | Description | Quantity |
|---|---|---|---|
| Tables & Chairs | Linens | 71" Rectangle | 44 |
| Tables & Chairs | Linens | 108" Round | 38 |
| Tables & Chairs | Linens | 60x120 Rectangle | 64 |
| Tables & Chairs | Linens | 90" Round | 20 |
| Tables & Chairs | Linens | 90" Round | 1 |
| Tables & Chairs | Linens | 90" Round | 2 |
| Tables & Chairs | Linens | 85" Rectangle | 6 |
| Tables & Chairs | Linens | 108" Round | 12 |
| Tables & Chairs | Linens | 60x120 Rectangle | 37 |
| Tables & Chairs | Linens | 120" Round | 27 |
| Tables & Chairs | Linens | 132" Round | 19 |
| Tables & Chairs | Linens | 120" Round | 20 |
| Tables & Chairs | Linens | 60x120 Rectangle | 25 |
| Tables & Chairs | Linens | 60x120 Rectangle | 18 |
| Tables & Chairs | Linens | 90x96 Rectangle | 62 |
| Tables & Chairs | Linens | 60x120 Rectangle | 12 |
| Tables & Chairs | Linens | 90" Round | 50 |
| Tables & Chairs | Linens | 90" Round | 2 |
| Tables & Chairs | Linens | 60x120 Rectangle | 21 |
| Tables & Chairs | Linens | 60x120 Rectangle | 67 |
| Tables & Chairs | Linens | 120" Round | 20 |
| Tables & Chairs | Linens | 52x52 Table Topper | 7 |
| Tables & Chairs | Linens | 52x52 Table Topper | 3 |
| Tables & Chairs | Linens | 60x120 Rectangle | 12 |
| Tables & Chairs | Linens | 90" Round | 15 |
| Tables & Chairs | Linens | 60x120 Rectangle | 7 |
| Tables & Chairs | Linens | 60x120 Rectangle | 59 |
| Tables & Chairs | Linens | 90" Round | 20 |
| Tables & Chairs | Linens | 120" Round | 20 |
| Tables & Chairs | Linens | 60x120 Rectangle | 11 |
| Tables & Chairs | Linens | 60x120 Rectangle | 41 |
| Tables & Chairs | Linens | 66x120 Rectangle | 41 |
| Tables & Chairs | Linens | 66x120 Rectangle | 10 |
| Tables & Chairs | Linens | 66x120 Rectangle | 13 |
| Tables & Chairs | Linens | 132" Rectangle | 11 |
| Tables & Chairs | Linens | 90" Rectangle | 42 |
| Tables & Chairs | Linens | 60x120 Rectangle | 4 |
| Tables & Chairs | Linens | 60x120 Rectangle | 11 |
| Wedding Accessories | China | 10" Dinner Plate | 700 |
| Wedding Accessories | China | 7" Salad Plate | 775 |
| Wedding Accessories | China | 6" Bread & Butter Plate | 1,400 |
| Wedding Accessories | China | Gravy Bowl | 36 |
| Wedding Accessories | China | Creamer | 96 |
| Wedding Accessories | China | Sugar Bowls | 135 |
| Wedding Accessories | China | 12" Plate | 254 |
| Wedding Accessories | China | Monkey Bowl | 640 |
| Wedding Accessories | China | Small Soup | 200 |
| Wedding Accessories | China | Cereal Cobler | 248 |
| Wedding Accessories | China | Veg Soup Bowl | 45 |
| Wedding Accessories | China | Glass Narrow Rim Plate | 225 |
| Wedding Accessories | China | 8 oz Coffee Cup | 1,600 |
| Wedding Accessories | China | Large Platter | 79 |
| Wedding Accessories | China | Medium Platter | 89 |

EXHIBIT "B"

# The Party Line

| Container | Category | Description | Quantity |
|---|---|---|---|
| Wedding Accessories | China | 9" Cut Glass Plate | 13 |
| Wedding Accessories | China | 9" Snack Plate | 625 |
| Wedding Accessories | China | Clear Glass Plate | 585 |
| Wedding Accessories | China | 8" Clear Glass Plate | 29 |
| Wedding Accessories | China | 6" Clear Glass Plate | 100 |
| Wedding Accessories | China | Saucer | 2,029 |
| Wedding Accessories | China | 9" Lunch Plate | 880 |
| Wedding Accessories | China | 10" Plain Dinner Plate | 105 |
| Wedding Accessories | China | Sugar Bowls | 128 |
| Wedding Accessories | China | 10" Dinner Plate | 213 |
| Wedding Accessories | China | 7" Salad Plate | 380 |
| Wedding Accessories | China | Soup Bowls | 575 |
| Wedding Accessories | China | 6" Plate | 450 |
| Wedding Accessories | China | Creamer | 60 |
| Wedding Accessories | China | Saucer | 600 |
| Wedding Accessories | China | 7 oz Cups | 224 |
| Wedding Accessories | Glasses | 4 oz Cocktail | 266 |
| Wedding Accessories | Glasses | Red Wine - Small | 150 |
| Wedding Accessories | Glasses | Red Wine - Large | 100 |
| Wedding Accessories | Glasses | 4 oz Sherry | 180 |
| Wedding Accessories | Glasses | 4 1/2 oz Punch Cup | 352 |
| Wedding Accessories | Glasses | 12 oz Beverage | 646 |
| Wedding Accessories | Glasses | 6 oz Dessert Cup | 160 |
| Wedding Accessories | Glasses | 8 oz Footed High Ball | 621 |
| Wedding Accessories | Glasses | Champagne Tulips - Small | 64 |
| Wedding Accessories | Glasses | Champagne Tulips - Tall | 56 |
| Wedding Accessories | Glasses | 10 oz Water Goblets | 500 |
| Wedding Accessories | Glasses | 11 oz Beverage | 896 |
| Wedding Accessories | Glasses | 11 oz Ice Tea | 125 |
| Wedding Accessories | Glasses | 11 oz Ice Tea | 523 |
| Wedding Accessories | Glasses | Red Wine | 475 |
| Wedding Accessories | Glasses | 18 oz Punch Cups | 700 |
| Wedding Accessories | Glasses | Wine - Tall | 288 |
| Wedding Accessories | Glasses | 6 oz Juice | 546 |
| Wedding Accessories | Glasses | 8 oz Irish Coffee Mug | 150 |
| Wedding Accessories | Glasses | 11 oz Beer Pilsner | 100 |
| Wedding Accessories | Glasses | 8 oz Beer Pilsner | 275 |
| Wedding Accessories | Glasses | 8 oz Beer Pilsner | 75 |
| Wedding Accessories | Glasses | White Wine | 400 |
| Wedding Accessories | Glasses | Juice | 1,369 |
| Wedding Accessories | Glasses | 10 oz Beer | 30 |
| Wedding Accessories | Glasses | Stemmed Beer Pilsner | 71 |
| Wedding Accessories | Glasses | 4 oz Punch Plain | 350 |
| Wedding Accessories | Glasses | 6 oz Punch Plain | 350 |
| Wedding Accessories | Glasses | Cutglass Punch Cup | 300 |
| Wedding Accessories | Glasses | Decanter - Small | 6 |
| Wedding Accessories | Glasses | Ash Tray | 48 |
| Wedding Accessories | Glasses | Ash Tray | 31 |
| Wedding Accessories | Glasses | Ash Tray | 3 |
| Wedding Accessories | Glasses | Hi Ball | 45 |
| Wedding Accessories | Glasses | 12 oz Pina Colada | 200 |
| Wedding Accessories | Glasses | 8 oz Old Fashioned | 400 |
| Wedding Accessories | Glasses | 4 oz Cordial | 250 |

# The Party Line

| Department | Category | Description | Quantity |
|---|---|---|---|
| Wedding Accessories | Glasses | 4 oz Sherbert / Ice Cream | 160 |
| Wedding Accessories | Glasses | 3 oz Champagne Flats | 750 |
| Wedding Accessories | Glasses | 6 oz Small Rocks | 225 |
| Wedding Accessories | Glasses | 8 oz Large Rocks | 200 |
| Wedding Accessories | Glasses | 8 oz Big Rocks | 200 |
| Wedding Accessories | Glasses | "The Cup" | 39 |
| Wedding Accessories | Glasses | Cutglass Punch Cup | 25 |
| Wedding Accessories | Glasses | Small Beer Mugs | 16 |
| Wedding Accessories | Glasses | Stackable Punch Cups | 95 |
| Wedding Accessories | Glasses | Punch Cups | 20 |
| Wedding Accessories | Glasses | Crystal Flutes | 30 |
| Wedding Accessories | Glasses | Crystal Hi-Ball | 37 |
| Wedding Accessories | Glasses | Brandy Swifters | 63 |
| Wedding Accessories | Glasses | Star Candle Holders | 32 |
| Wedding Accessories | Glasses | Cordials | 196 |
| Wedding Accessories | Glasses | Cordials | 49 |
| Wedding Accessories | Glasses | Georgia Champagne Flats | 31 |
| Wedding Accessories | Glasses | Cutglass Rocks | 32 |
| Wedding Accessories | Glasses | 3 oz Cordials | 266 |

EXHIBIT

## Exhibit A

List of Rental Equipment Included:

1.  3  sledge hammers (1- 12lb  2- 10lb)                                         4 ½ yr old
2.  2  40 x 80  tent r/w  (Eureka)                         1- 1 yr old   1-4 ¼ yr old
3.  1  40 x 80  tent b/w  (Eureka)                                              2 yr old
4.  1  40 x 100  tent w/w  (Eureka)                        ———              1 yr old
5.  2  20 x 60  tents  w/w , r/w  (Eureka)                                    2 yr old
6.  10  20 x 40  tents  3-r/w, 2-g/w, 3-y/w,              2- 1 yr old   4- 2 yr old
              1-b/w,  1-w/w (Eureka)                      2- 3 yr old   2- 4 yr old
7.  5  15 x 15  tents  r/w, y/w, g/w, b/w, w/w (Eureka)                  5- 1 yr old
8.  3  20 x 40  frame tents  r/w, y/w, w/w (Top Tec)      1- 1 yr old   2- 3 yr old
9.  1  20 x 30  frame tent  w/w (Top Tec)                                     3 yr old
10. 3  20 x 20  frames  (4-Tops: 2-r/w, 2- w/w) (Eureka)  1- 1 yr old   2-3 ½ yr old
11. 2  10 x 10  frames (3-Tops: 2-w/w, 1-r/w) (Eureka)                     3 ½ yr old
12. 5  Marquees  all w/w  (Eureka)                                            3 yr old
13. 15  8 x 30  white sides  (Deal Rite)                                      3 ½ yr old
14. 8  8 x 30  white cathedral sides  (Deal Rite)                            2 yr old
15. 7  20 x 20  tents  2-r/w, 2-w/w, 1-y/w, 1-b/w,1-g/w   2- 1 yr old   5-4 ½ yr old
16. 5  40 ft.  white bonjee lights  (Olympia)             2- 3 yr old   3-4 ¼ yr old
17. 4  4-Lite  white Chandeliers                          2- 3 yr old   2-4 ½ yr old
18. 6  20 ft. wood centerpoles 4x4  (Henry Evers)         3- 3 yr old   3-4 ½ yr old
19. 6  20 ft. aluminum centerpoles 4x4  (Advantage)                     1- yr old
20. 37  13 ½ ft. wood centerpoles  3x3  (Henry Evers)     24-6 mt old   13-4 1/2yr old
21. 5  12 ½ ft. wood centerpoles 3x3  (Advantage)                      1- yr old
22. 19  8 ft. wood octagon poles 3x3  (Advantage)                       2 yr old
23. 84  8 ft. wood poles 2x3  (Advantage)
24. 136  42" steel stakes 2" head  (Advantage)           36-new in box
25. 147  30" steel stakes 2" head  (Advantage)           most 4 ½ yr old
26. 48  concrete weights  (Self made)
27. 1  40 ft. rain gutter  (Eureka)                                          3 yr old
28. 1  20 ft. rain gutter  (Eureka)                                          3 yr old
29. 4  Chandelier arm braces                                                 4 yr old
30. 2  Chandelier clamps                                                     4 yr old
31. 2  Tent heaters & Propane Tanks  (RSS)                                   3 ½ yr old
32. 6  30" Commercial Pedestal Fans (4-Lowes, 2-HD) 2- 1 yr old   4-3 ½ yr old

Seller ___   Buyer _D Y_

S

EXHIBIT "B"

33.  1   40 ft. Semi Trailer (does not include shelves)                              4 ½ yr old
34. 20   33 gal. Rubbermaid trash cans  (Sam's Club)                              2 yr old
35. 40   8 ft. wooden tables  (20-Palmer, 20-McCourt)     20-3 ½ yr    20-4 ½ yr
36. 40   8 ft. white plastic tables  (Sam's Club)                20-1 ½ yr    20-2 ¼ yr
37. 32   6 ft. white plastic tables  (Sam's Club)                              1 ½ yr old
38. 15   60" round wooden tables  (Palmer Snyder)                          3 ¼ yr old
39. 10   60" round white plastic tables  (Sam's Club)                      2 yr old
40. 15   48" round white plastic tables  (Sam's Club)                      2 yr old
41. 254  black/bronze folding chairs  (McCourt)                              4 ½ yr old
42. 199  black/gray folding chairs  (McCourt)                                  1 ¼ yr old
43. 420  Bright white folding chairs  (McCourt)         300-2 yr old  125-4 yr old
44.  1   100 cup coffee maker  (RSS)                                              3 yr old
45. 21   8 ft. white Banquet Linens  (RSS)                                      1 ½ yr old
46. 12   6 ft. white Banquet Linens  (RSS)                                      1 yr old
47. 20   120" round white Linens  (RSS)                                          1 ½ yr old
48. 33   108" round white Linens  (RSS)                      13-1 yr old  20-1 ½ yr
49. 250  17x17 white Napkin Linens  (RSS)                                      1 yr old
50.  1   white plastic Arch  (RSS)                                                    1 ½ yr old
51.  1   Brass Arch  (RSS)                                                              1 ¼ yr old
52.  2   Brass Candle Liters  (RSS)                                                1 ½ yr old
53.  2   Brass Unity Liters  (RSS)                                                  1 ¼ yr old
54.  2   Brass Unity Candelabras  (RSS)                                          1 ¼ yr old
55.  2   Brass 7-Lite Candelabras  (RSS)                                        1 ½ yr old
56.  1   Brass 15-Lite Candelabras  (RSS)                                      1 ½ yr old
57.  1   Brass Kneeling Bench (double)  (RSS)                                  1 ½ yr old
58.  1   Brass Wishing Well (RSS)                                                  1 ½ yr old
59.  1   Brass Bookstand  (RSS)                                                      1 ½ yr old
60.  2   40" Brass columns for Arch  (RSS)                                      1 ½ yr old
61. 76   12" white Chase Candles  (RSS)                                          1 ½ yr old

NOTE: Shelves in the trailer or warehouse are not included in purchase.

Seller _____  Buyer DY

6

10/22/2003 12:26 FAX   850 412 0393        ONE EIGHTY CONSULTING                          ☑021/036

Exhibit "B"

## The Party Line
### Tent Inventory as of September 20, 2003

### FRAME TENTS

| 9 x 10 Marquees | | 10 x 10 | | 15 x 15 | | 20 x20 | | 20 x 28 | |
|---|---|---|---|---|---|---|---|---|---|
| 46 | Frames | 5 | Frames | 2 | Frames | 7 | w/w | 8 | Frames |
| 51 | w/w Tops | 8 | w/w | 2 | w/w Tops | 5 | r/w | 11 | w/w |
| | | 2 | r/w | 1 | r/w | 3 | b/w | | |
| | | 1 | b/w | 1 | b/w | 1 | g/w | | |
| | | 4 | g/w | 3 | g/w | 2 | y/w | | |
| | | 2 | y/w | 1 | y/w | | | | |

| 20 x 30 | | 20 x 40 | | | | Other 10 x 10 | |
|---|---|---|---|---|---|---|---|
| 1 | Frame | 6 | Frames | | | 8 | Old style frames |
| 2 | w/w | 8 | w/w | | | 8 | w/w Old tops |
| | | 3 | r/w | | | 3 | r/w Old tops |
| | | 1 | y/w | | | | |

### POLE TENTS

| 15 x 15 | | 20 x 20 | | 20 x 30 | | 20 x 40 | | 20 x 50 | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | w/w | 3 | w/w (-1) | 0 | w/w | 5 | w/w (-1) | 3 | w/w |
| 2 | r/w | 1 | r/w | 0 | r/w | 4 | r/w | 1 | r/w |
| 2 | b/w | 4 | b/w | 2 | b/w | 4 | b/w (-1) | 1 | g/w |
| 1 | g/w | 3 | g/w | 2 | g/w | 4 | g/w | | |
| 2 | y/w | 4 | y/w (-1) | 1 | y/w | 5 | y/w (-2) | | |
| | | 1 | garnet/gold | 2 | gd/gd | 2 | gd/gd | | |
| | | 1 | orange/blue | | | 1 | black/w | | |

| 40 x 40 | | 20 x 40 Mids | | | | Others | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | w/w | 7 | w/w | | | 1 | 30 x 30 | w/w | oval |
| 4 | r/w | 8 | r/w | | | 1 | 30 x 50 | w/w | oval |
| 3 | b/w | 6 | b/w | | | 1 | 30 x 60 | g/w | |
| | | | | | | 1 | 30 x 100 | w/w | |
| | | | | | | 1 | 50 x 100 | g/w | |
| | | | | | | 1 | 10 x 30 | g/w | awning |
| | | | | | | 1 | 40 x 60 | Batwing | |
| | | | | | | 1 | 40 x 80 | b/w | old, doesn't match |

# EXHIBIT "C"

Commence at a concrete monument located 1,570.0 feet West and 3,100.0 feet South, more or less, of the Northeast corner of Section 16, Township 1 North, Range 1 East, Leon County, Florida, and run thence South 00 degrees 01 minute 10 seconds West along the West right-of-way boundary of Lafayette Drive (Eddie Road) 775.0 feet to the POINT OF BEGINNING. From said POINT OF BEGINNING continue South 00 degrees 01 minute 10 seconds West along said right-of-way boundary and a projection thereof 170.0 feet to a point in the maintained right-of-way boundary of Centerville Road, thence South 89 degrees 57 minutes 11 seconds West 256.24 feet, thence North 00 degrees 01 minute 10 seconds East 170.0 feet, thence North 89 degrees 57 minutes 11 seconds East 256.24 feet to the POINT OF BEGINNING.

LESS AND EXCEPT that part of the foregoing described property lying within the maintained right-of-way boundary of said Centerville Road.

**CLYDE JACKSON**
108 ELDREDGE ROAD
FT. WALTON BEACH, FL   32547

(850) 862-4988                                              FAX (850) 862-8625

# AN APPRAISAL

   THE FOLLOWING APPRAISAL REPORT HAS BEEN UNDERTAKEN FOR THE PURPOSE TO ESTABLISH THE FAIR MARKET VALUE BASED ON KNOWN COMPARABLE OBJECTS IN THE MARKET PLACE, AND THE TWENTY-FIVE PLUS YEARS AS A LICENSED AUCTION BUSINESS, LICENSED AUCTIONEER AND PERSONAL PROPERTY APPRAISING.
   THE ITEMS ARE EVALUATED ON OUTSIDE SALES COMPARISONS AND WHAT PROPERTY SHOULD SELL FOR ON THE OPEN MARKET ON THE DATE OF THE APPRAISAL. IT IS THE PRICE THAT WOULD BE AGREED ON BETWEEN A WILLING BUYER AND A WILLING SELLER, NEITHER BEING REQUIRED TO ACT, AND BOTH HAVING REASONABLE KNOWLEDGE OF THE FACTS.
   THE DESCRIPTIONS ASSIGNED TO EACH ITEM ARE FOR THE SOLE PURPOSE OF IDENTIFICATION TO DETERMINE VALUATION. DESCRIPTIONS ARE BASED ONLY ON THE ITEM'S READILY APPARENT IDENTITY AND ARE NOT TO BE CONSIDERED AN INDICATION OF AUTHENTICITY. AFTER DUE CONSIDERATION OF THE COST AND INCOME APPROACHES, VALUES ARE BASED ON THE APPRAISER'S BEST JUDGMENT AND OPINION AND ARE NOT A REPRESENTA-TION OR WARRANTY THAT THE ITEMS WILL REALIZE THAT VALUE IF OFFERED FOR SALE.
   ITEMS APPRAISED WERE THOSE MADE AVAILABLE AT THE TIME OF APPRAISAL.   THIS APPRAISAL COMPLIES WITH THE ETHICS AND STANDARDS ESTABLISHED FOR PROFESSIONAL  APPRAISALS.

## PROPERTY OF:

**THE PARTY LINE**
**2498 CENTERVILLE ROAD**
**TALLAHASSEE, FL  32308**

**THIS APPRAISER HAS NO PRESENT OR FUTURE INTEREST IN THIS APPRAISED PERSONAL PROPERTY.**

DATE: 11-20-10              APPRAISER

CLYDE JACKSON
(AU164AB69)

EXHIBIT _8_

# AN APPRAISAL OF EQUIPMENT AND SUPPLIES

## THE PARTY LINE
## 2498 CENTERVILLE ROAD
## TALLAHASSEE, FL 32308

| # | Description | Value |
|---|-------------|-------|
| 1. | ~~SEMI-TRAILER, STORAGE ONLY, 48'~~ | $ ~~█████~~ |
| 2. | ~~THREE (3) BOX TRUCKS, NOT RUNNING, USED FOR~~ ~~STORAGE ONLY, (1-12', 2-16')~~ | ~~█████~~ |
| 3. | ~~2000 ISUZU TRUCK,INF'T BOX, W/LIFT GATE, MILEAGE-~~ ~~██,███ , CONDITION - FAIR~~ | ~~█████~~ |
| 4. | ~~2000 ISUZU TRUCK,INF'T BOX, W/LIFT GATE, MILEAGE-~~ ~~██,███ , CONDITION - FAIR~~ | ~~█████~~ |
| 5. | ~~2000 ISUZU TRUCK,INF'T BOX, W/LIFT GATE, MILEAGE-~~ ~~1██,███ , CONDITION - FAIR~~ | ~~█████~~ |
| 6. | TWELVE (12) 55 GAL DRUMS | 35.00 |
| 7. | SIX (6) FLOOR FANS: 24", 30", 37" | 350.00 |
| 8. | RYOBI CHOP SAW | 120.00 |
| 9. | TIME CLOCK | 75.00 |
| 10. | ALL ASSORTED HAND AND FLOOR CARTS AND DOLLIES | 400.00 |
| 11. | PALLET JACK, ZENITH, 5500 LBS. | 155.00 |
| 12. | SEVEN (7) PROPANE PATIO HEATERS, TANKS | 525.00 |
| 13. | CHAIR WASHER, LM MANUF. | 2000.00 |
| 14. | COMMERCIAL UNIWASH MACHINE | 1800.00 |
| 15. | GE WASHING MACHINE, OLD MODEL | 50.00 |
| 16. | SILVER POLISHER/BURNISHER, ADAMATION | 750.00 |
| 17. | COMMERCIAL FLATWORK IRONER, CHICAGO DRYER CO. | 3200.00 |
| 18. | CLOTHES DRYER, ROPER, OLDER MODEL | 75.00 |
| 19. | CONCRETE ANCHORS, SHOP MADE | 50.00 |
| 20. | ALL METAL/WOOD STORAGE RACKS/SHELVING, ASST. SIZES, MISC. RACKS, LINEN RACKS | 1000.00 |
| 21. | FOUR (4) LAUNDRY CARTS | 250.00 |
| 22. | MISC. STEP LADDERS (3) | 35.00 |
| 23. | MISC. HAND TOOLS, IE: DRILL, ROUTER | 25.00 |
| 24. | MISC. CLEANING SUPPLIES, IE: MOP BUCKETS, VACUUMS, USED CONDITION, TRASH CANS | 150.00 |
| 25. | 18 ASSORTED COOLERS: KEG, 5 GAL. , 48 QT. | 200.00 |
| 26. | COKE MACHINE, AF, USED CONDITION | 100.00 |
| 27. | REFRIGERATOR, OLDER MODEL | 50.00 |
| 28. | APPROX. 1900 FOLDING CHAIRS: RESIN, SAMSONITE, USED COND. | 3000.00 |
| 29. | 147 RECT. BANQUET TABLES,FOLDING, RESIN, WOOD, 6', 8' | 3000.00 |
| 30. | 169 ROUND TABLES, 3', 4', 5', 5.5', 6' | 3500.00 |
| 31. | 52 MISC. SIZED TABLES, IE: CONFERENCE, 15 EXT. SETS | 1000.00 |
| 32. | ASSORTED OUTDOOR LIGHTING, IE: BUNGEE LIGHTS, TIKI TORCHES | 100.00 |
| 33. | 1 TABLETOP POPCORN MACHINE, 3 POPCORN CARTS | 600.00 |
| 34. | 3 SNO KONE MACHINES | 400.00 |
| 35. | 1 COTTON CANDY MACHINE, 1 CART, 2 BUBBLE DOMES | 525.00 |
| 36. | 1 HOT DOG STEAMER, 1 HOT DOG ROTISSERIE | 350.00 |
| 37. | 1 NACHO & CHEESE WARMER | 75.00 |

| 38. | 1 FROZEN DRINK MACHINE | 1200.00 |
|---|---|---|
| 39. | ONE (1 ) FISH COOKER/BURNER, 4 POTS | 100.00 |
| 40. | FIVE (5) PODIUMS:  WOOD, BRASS, LATTICE: TABLETOP, STANDUP | 75.00 |
| 41. | SIX   KNEELING BENCHES: 3-1 PIECE, 3 - 2 PCS. ASST. METALS | 300.00 |
| 42. | SIX ARCHES: METAL, PLASTIC, LATTICE | 350.00 |
| 43. | THIRTY-FOUR FERN STANDS:  BRASS, WICKER, LATTICE, SIZES VARYING FROM 8" TO 48" | 350.00 |
| 44. | TWENTY COLUMNS: SQUARE AND ROUND, VARYING SIZES FROM 24" TO 43", 4 URN -19" | 800.00 |
| 45. | THREE EASELS, RAFFLE DRUMS, KARAOKE MACH. | 120.00 |
| 46. | BRASS WISHING WELL (1) | 35.00 |
| 47. | MISC. WEDDING CANDELABRAS/LIGHTING: 9 - 3 LIGHT TRINITY; 13 - 7 LIGHT ADJUST. AND ARCH; 7 - 9 LIGHT TREE; 4 - 13 LIGHT TREE; 16 - 15 LIGHT ARCH AND SPIRAL; 4-17 LIGHT HEART; 3 - 18 LIGHT DBL. HEART; 2-20 LIGHT HALF ROUND, 1 - 21 LIGHT PYRAMID. | 3400.00 |
| 48. | EIGHT CANDLE LIGHTERS, MIXED METALS, SIZES, 16 AISLE MARKERS, 27 AISLE MARKERS - PEW CLIPS | 90.00 |
| 49. | SEVENTY-EIGHT (78) VOTIVE GLOBES, 211 CHAFING CANDLES | 45.00 |
| 50. | ONE COFFEE MAKER, 100 CUP | 65.00 |
| 51. | TWO FIVE PIECE SET COFFEE/TEA SERVER SILVER PLATE | 75.00 |
| 52. | TWENTY-SIX (26) THERMAL COFFEE PITCHERS | 80.00 |
| 53. | FOUR (4) PORTABLE BARS | 80.00 |
| 54. | FIVE (5) WET BAR COMBINATIONS | 100.00 |
| 55. | TWENTY-SIX (26) - 8 QT. RECT. CHAFING SERVERS, 25 STAINLESS, 1 SILVER PLATE | 858.00 |
| 56. | SIX (6) CHAFING SERVERS - 1 - 3 QT. 2 - 4 QT., 3 - 6 QT.,  5 STAINLESS, 1 SILVER PLATE | 250.00 |
| 57. | ONE - 3 COMPARTMENT, 4 QT. SERVER | 40.00 |
| 58. | SIXTEEN (16) HALF PANS AND STEAMER PANS | 50.00 |
| 59. | THIRTY-FOUR (34) HURRICANE CENTERPIECE, 8" AND 11" TALL | 95.00 |
| 60. | SIX (6) CENTERPIECE PEDESTAL BOWLS | 25.00 |
| 61. | ONE HUNDRED FIFTY-ONE (151) CANDLEHOLDERS : VOTIVE, STAR SHAPED | 40.00 |
| 62. | TEACART, WROUGHT IRON | 35.00 |
| 63. | FOURTEEN (14) PICKET FENCE 4 X 8 SECTIONS | 420.00 |
| 64. | EIGHT (8) STANCHIONS, 8 ROPES, 8 POLES | 215.00 |
| 65. | FOUR (4) BALCONY SECTIONS, 48" | 50.00 |
| 66. | TEN (10) CENTERPIECE MIRRORS 12 X 12 | 40.00 |
| 67. | ONE - 7 GAL. FOUNTAIN | 250.00 |
| 68. | THREE (3) CAKE STANDS, 1 - 16X16 SILVER-PLATE, 1 - 18" ROUND SILVER-PLATE, 1 - "I DO" | 60.00 |
| 69. | TWO CAKE FOUNTAINS, 1-STAINLESS, 1-CLEAR | 70.00 |
| 70. | ONE CHOCOLATE FOUNTAIN | 175.00 |
| 71. | ELEVEN (11) PUNCHBOWLS: 2,3,5 GAL. 9 QT., GLASS, STAINLESS, SILVER-PLATE, PLASTIC | 175.00 |
| 72. | FORTY-SEVEN (47) SILVER-PLATE  PUNCH CUPS | 20.00 |

| | | |
|---|---|---|
| 73. | SIXTY-FIVE (65) DRAPES: RED, WHITE ,BLUE, OR GOLD 3', 8' | 240.00 |
| 74. | SIX (6) - PIPE AND DRAPE, 8' LEG THREE (3) - PIPE AND DRAPE TOP CROSS BAR SIX - PIPE AND DRAPE BASE | 350.00 |
| 75. | ONE HUNDRED FIFTY (150) DANCE FLOOR TILES, 12X15, MARBLE | 225.00 |
| 76. | SIX HUNDRED TWENTY- FOUR (624) DANCE FLOOR TILES, 12X15, CHECKER | 650.00 |
| 77. | TWO ALUMINUM STAGE, 4X6 | 325.00 |
| 78. | TWELVE (12) ALUMINUM STAGE, 3X8 | 1000.00 |
| 79. | ONE STAIRS, ALUMINUM FOR STAGE | 30.00 |
| 80. | TWO (2) CHAMPAGNE BUCKETS, S/P, CHAMPAGNE BUCKET WITH STAND | 30.00 |
| 81. | SNACK SET, S/P; 3 TIER SERVING TRAY, SAUCE POURER, 3 GRAVY BOATS, S/P; LAZY SUSAN | 300.00 |
| 82. | FIFTEEN (15) JACK STANDS,  9 WAITER TRAYS, 12 BAR TRAYS, 9 BUS PANS, 49 RESERVATION CARD HOLDERS | 50.00 |
| 83. | SERVING BOWLS:  2 STAINLESS, 18 PLASTIC, 11 GLASS ( 1 WITH TRAY) | 40.00 |
| 84. | SERVING TRAYS:  7 SILVER-PLATE, 55 STAINLESS, 1 GLASS - ASSORTED SIZES | 120.00 |
| 85. | IVORY/GOLD CHINA:  APPROX. 34 DOZ. PLATES (12", 10"), 65 DOZ. LUNCH PLATES (9"), 17 DOZ. SALAD PLATES (7"), 50 DOZ. BREAD/BUTTER PLATES, 117 DOZ. COFFEE CUPS, 108 DOZ. SAUCERS | 3135.00 |
| 86. | IVORY/GOLD CHINA:  APPROX. 3 DOZ. LG. BOWLS, 17 DOZ. SALAD BOWLS, 16 DOZ. SOUP BOWLS, 62 DOZ. MONKEY BOWLS (ASST. SM. SERVING ) | 500.00 |
| 87. | IVORY/GOLD CHINA:  APPROX. 217 PLATTERS - ASST. SIZES | 260.00 |
| 88. | IVORY/GOLD CHINA:  APPROX. 2 DOZ. GRAVY BOATS, 8 DOZ. CREAMERS, 3 DOZ. S&P | 350.00 |
| 89. | WHITE/SILVER CHINA:  APPROX. 20 DOZ. DINNER PLATES, 20 DOZ. SALAD/DESSERT PLATES, 22 DOZ. BREAD/BUTTER PLATES, 40 DOZ. SAUCERS, 20 DOZ. CUPS, 43 DOZ. BOWLS, 5 DOZ. CREAMERS, 5 DOZ. SUGARS | 2320.00 |
| 90. | GLASS (CLEAR)  DINNERWARE:  APPROX. 23 DOZ. DINNER PLATES, 5 DOZ. 8" PLATES (NARROW RIM), 35 DOZ. 8" PLATES ( WIDE RIM), 19 DOZ. SALAD/DESSERT PLATES, 5 DOZ. BREAD/BUTTER PLATES, 12 DOZ. DESSERT CUPS, 11 DOZ. SHERBETS | 690.00 |
| 91. | APPROX. 50 DOZ. WHITE DINNER PLATES, 10", 7", SQUARE, ROUND | 1200.00 |
| 92. | FLATWARE, VANESSA SILVER-PLATE:  17 DOZ. KNIVES, 15 DOZ. DINNER FORKS, 18 DOZ. SALAD FORKS, 15 DOZ. TEASPOONS, 1 DOZ.  ICE TEA SPOONS, 11 DOZ. BUTTER KNIVES, 6 DOZ. COCKTAIL FORKS | 1430.00 |

| | | |
|---|---|---|
| 93. | FLATWARE, CROYDON SILVER-PLATE:  APPROX. 15 DOZ. KNIVES, 17 DOZ. DINNER FORKS, 15 DOZ. SALAD FORKS, 15 DOZ. TEASPOONS, 2 DOZ. ICE TEA SPOONS, 40 DOZ. TABLESPOONS, 4 DOZ. BUTTER KNIVES, 2 DOZ. COCKTAIL FORKS, 7 DOZ. SERVING FORKS | 2200.00 |
| 94. | FLATWARE, CHATEAU, STAINLESS:  APPROX. 34 DOZ. KNIVES, 24 DOZ. FORKS, 52 DOZ. SALAD FORKS, 22 DOZ. TEASPOONS | 1100.00 |
| 95. | FLATWARE, TIVOLI, STAINLESS: APPROX. 17 DOZ. KNIVES, 17 DOZ. FORKS, 22 DOZ. SALAD FORKS, 20 DOZ. TEASPOONS, 5 DOZ. ICE TEA SPOONS, 15 DOZ. T TABLESPOONS, 24 DOZ. BUTTER KNIVES, 13 DOZ. SERVING SPOONS | 840.00 |
| 96. | FLATWARE, MISC. STAINLESS:  APPROX. 15 DOZ. KNIVES, 144 DOZ. FORKS, 6 DOZ. SOUP SPOONS, 16 DOZ. ICE TEA SPOONS, 20 DOZ. COCKTAIL FORKS | 1200.00 |
| 97. | STEAK KNIVES:  APPROX. 50 DOZ. ASST. STYLES | 100.00 |
| 98. | CAKE SERVER:  2 KNIFE & SERVER, SILVER-PLATE; 5 SERVERS (S/P), 2 KNIFE & SERVER, STAINLESS | 30.00 |
| 99. | APPROX. 3 DOZ. TONGS, VARYING SIZES | 35.00 |
| 100. | ASSORTED SERVING SPOONS:  SLOTTED, PLAIN ORNATE, RESTAURANT STYLE - 5 DOZ. | 120.00 |
| 101. | NINE ASSORTED SERVING FORKS - - 2 PRONG, ORNATE | 20.00 |
| 102. | TWENTY-THREE ASSORTED STYLES LADLES:  PUNCH, REST. STYLE, 2 ICE SCOOPS, 3 GRIDDLE SCRAPERS AND SPATULA | 60.00 |
| 103. | BEVERAGE GLASSES:  126 DOZ. WATER GOBLET ICE TEA, SODA | 1000.00 |
| 104. | BARWARE GLASSES:  20 DOZ. HI BALL, 42 DOZ. WINES 81 DOZ. CHAMPAGNES, 56 DOZ. BEER PILSNER, 25 DOZ. PINA COLADA, 54 DOZ. ON THE ROCKS, 10 DOZ. CORDIAL, 16 DOZ. MARTINI/MARGARITA | 2100.00 |
| 105. | DRINKWARE:  30 DOZ. JUICE, 16 DOZ. IRISH COFFEE MUGS, 48 DOZ. PLAIN PUNCH | 400.00 |
| 106. | GLASSWARE:  7 DOZ. ASHTRAYS, 1 DOZ. GLASS PITCHERS, 4 DOZ. S&P, 2 DOZ. WINE CARAFE, 7 DOZ. PLATE CLIPS | 110.00 |
| 107. | LINENS:  76 - 8' FLOOR LENGTH TABLECLOTHS, ASST. COLORS, 53 - 6' FLOOR LENGTH TABLECLOTHS, ASST. COLORS | 1250.00 |
| 108. | LINENS - 196 - 60X120 TABLECLOTHS, ASST. COLORS | 680.00 |
| 109. | LINENS - 43 DOZEN ROUND TABLECLOTHS, ASST. SIZES AND COLORS | 1935.00 |
| 110. | LINENS - 15 DOZEN SQUARE AND RECT. TABLECLOTHS, 52X52, 54X54, 61X61, 71X71, 85X85, & MISC., ASST. COLORS | 450.00 |
| 111. | LINENS - APPROX. 62 DOZEN NAPKINS, ASST. COLORS | 200.00 |
| 112. | LINENS - APPROX. 5 DOZ. TABLE SKIRTS, ASST. COLORS, SIZES | 660.00 |
| 113. | 110 DOZEN TABLE CLIPS, SM. , MED., LG. | 35.00 |

| | | |
|---|---|---:|
| 114. | (4) OFFICE DESKS, METAL, PRESSWOOD, WORN | 40.00 |
| 115. | (1) EXECUTIVE, (2) SCTY STYLE CHAIRS, WORN, (2) SIDECHAIRS, WORN | 25.00 |
| 116. | FILING CABINETS:  1 LATERAL, 1 - 4 DRAWER, 2 - 2 DRAWER | 50.00 |
| 117. | (1) PRESSWOOD CREDENZA, (1) PRESSWOOD COMPUTER STATION | 10.00 |
| 118. | COMPAQ LAPTOP COMPUTER,   APPROX. 2 YRS. OLD | 200.00 |
| 119. | SPECTRUM COMPUTER, SONY TOWER, OLD | 10.00 |
| 120. | HP COMPUTER, FLATSCREEN | 150.00 |
| 121. | LEXMARK 2705 PRINTER, BROTHER MFC 9700 PRINTER/COPIER, HP COLOR LASERJET 2600, (2) DOT-MATRIX OKI PRINTER | 140.00 |
| 122. | BULLHORN, FANON | 10.00 |
| 123. | ASST. STORAGE RACKS FOR GLASSES, DISHES | 1675.00 |
| 124. | FRAME TENTS (CANOPY AND FRAME) 125 PCS. ASST. SIZES 127 PCS. TENT ACCESSORIES (SIDEWALLS, WINDOWS, WRAP GUTTER) 65 PCS POLE TENTS | 58283.00 |

# TOTAL      149,391.00

















































































































































































  

