FORM nhgnrlp

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re:  The Party Line Tent & Party, LLC
    Tax ID: 74−3108528
     Debtor

Bankruptcy Case No.:   10−41142−LMK

Chapter:  11
Judge:  Lewis M. Killian Jr.

## *NOTICE OF HEARING*

    PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on January 13, 2011 at 01:30 PM to consider and act upon the following:

    *13* − Motion to Determine Secured Status Don Yaegers filed by Thomas B. Woodward on behalf of The Party Line Tent & Party, LLC. (Attachments: # (1) exhibit part 1# (2) exhibit part 2# (3) exhibit part 3) (Woodward, Thomas)

    *14* − Motion to Determine Secured Status Commercial Bank filed by Thomas B. Woodward on behalf of The Party Line Tent & Party, LLC. (Woodward, Thomas)

    Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: December 16, 2010

William W. Blevins , Clerk of Court
110 East Park Avenue
Suite 100
Tallahassee, FL 32301

Service to:
    All parties in interest