**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                               CASE NO.: 10-41142 -LMK

**THE PARTY LINE TENT & PARTY, LLC**   Chapter 11
         Debtor.
_____/

**CONSENT ORDER ESTABLISHING VALUE OF DON YEAGER'S INTEREST IN REAL PROPERTY FOR PURPOSES OF 11 USC SECTION 506 AND DEBTOR'S PLAN OF REORGANIZATION**

THIS CAUSE came before the Court upon Motion of the Debtor for valuation of property pursuant to 11 USC Section 506 with respect to collateral secured by a second mortgage lien on real property located at 2498 Centerville Road, Tallahassee, Florida, said Motion having had proper service on the Creditor, the Creditor having consented to the entry of this Order and the Court being otherwise advised in the premises, it is therefore:

ORDERED AND ADJUDGED that Debtor's Motion to Establish the Value of Don Yeager's second mortgage interest in the real property, more fully described in Exhibit A, attached hereto, which is collateral of Don Yeager is hereby established at $74,766.18. Said value shall stand for Section 506 of the Bankruptcy Code as Don Yeager's second mortgage value and for Debtor's Plan of Reorganization. The balance of Don Yeager's claim ,in the amount of $237,814.82, shall stand as an unsecured claim for Debtor's Plan of Reorganization.

Done and ordered in Tallahassee, Florida this the 18th day of January, 2011.

_____
Lewis M. Killian, Jr.
United States Bankruptcy Judge

Copies:
Parties in interest

## Exhibit A

Commence at a concrete monument located 1,570.0 feet West and 3,100.0 feet South, more or less, of the Northeast corner of Section 16, Township 1 North, Range 1 East, Leon County, Florida, and run thence South 00 degrees 01 minute 10 seconds West along the West right-of-way boundary of Lafayette Drive (Eddie Road) 775.0 feet to the POINT OF BEGINNING. From said POINT OF BEGINNING continue South 00 degrees 01 minute 10 seconds West along said right-of-way boundary and a projection thereof 170.0 feet to a point in the maintained right-of-way boundary of Centerville Road, thence South 89 degrees 57 minutes 11 seconds West 256.24 feet, thence North 00 degrees 01 minute 10 seconds East 170.0 feet, thence North 89 degrees 57 minutes 11 seconds East 256.24 feet to the POINT OF BEGINNING.

LESS AND EXCEPT that part of the foregoing described property lying within the maintained right-of-way boundary of said Centerville Road.

EXHIBIT __A__