FORM nhgnrlp

# UNITED STATES BANKRUPTCY COURT
## Northern District of Florida
### Tallahassee Division

In Re:  The Party Line Tent & Party, LLC  
    Tax ID: 74−3108528  
    Debtor

Bankruptcy Case No.:   10−41142−LMK

Chapter:  11  
Judge:  Lewis M. Killian Jr.

## *NOTICE OF CONTINUED HEARING*

   PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on March 10, 2011 at 01:30 PM to consider and act upon the following:

     *14* − Motion to Determine Secured Status Commercial Bank filed by Thomas B. Woodward on behalf of The Party Line Tent & Party, LLC. (Woodward, Thomas)

   Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: February 11, 2011

William W. Blevins , Clerk of Court  
110 East Park Avenue  
Suite 100  
Tallahassee, FL 32301

Service to:  
    All parties in interest